IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LARRY LYNN WALLACE,

        Petitioner,

   v.

JEFF PREMO, Superintendent,
Oregon State Penitentiary,

        Respondent.

Case No. 6:17-cv-01981-YY

ORDER

YOU, Magistrate Judge.

The Court GRANTS Petitioner's Motion to Voluntarily Dismiss Habeas Corpus Petition (ECF No. 29).

IT IS SO ORDERED.

DATED this __15th__ day of April, 2019.

                                                  /s/ Youlee Yim You
                                               Youlee Yim You
                                               United States Magistrate Judge

1 - ORDER -